Robert J. Beles Bar No. 41993
Paul McCarthy Bar No. 139497
1 Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel. No. (510) 836-0100
Fax No. (510) 832-3690
Attorney for Petitioner JEFFREY SCOTT BOWMAN

United States District Court
Eastern District of California

| | |
|---|---|
| JEFFREY SCOTT BOWMAN,<br><br>　　　Petitioner,<br>　vs.<br><br>JOSEPH S. WARCHOL II, Chief Probation Officer, El Dorado County,<br><br>　　　Respondent.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　Real Party in Interest. | No. **06-00314 FRD-CMK**<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM<br><br>(Local Rule 6-144) |

PROPOSED ORDER GRANTING EXTENSION
OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM

Good cause appearing, and the parties having stipulated, this court grants petitioner a 30 day extension of time to file his traverse and reply memorandum. The traverse and reply memorandum are presently due on Wednesday, April 26, 2006. Petitioner is granted an extension of time to file these documents to and including May 26, 2006.

///

///

///

///

///

1

Order Granting Extension of Time to File Traverse and Reply Memorandum

IT IS SO ORDERED.

April 27, 2006

                                                /s/ CRAIG M. KELLISON
                                                Craig M. Kellison
                                                United States Magistrate Judge

Order Granting Extension of Time to File Traverse and Reply Memorandum