Robert J. Beles Bar No. 41993
Paul McCarthy Bar No. 139497
1 Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel. No. (510) 836-0100
Fax No. (510) 832-3690
Attorney for Petitioner JEFFREY SCOTT BOWMAN

United States District Court
Eastern District of California

| | |
|---|---|
| JEFFREY SCOTT BOWMAN, | No. **06-00314 FRD-CMK** |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME TO FILE REPLY MEMORANDUM |
| vs. | |
| JOSEPH S. WARCHOL II, Chief Probation Officer, El Dorado County, | (Local Rule 6-144) |
| Respondent. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Real Party in Interest. | |

ORDER GRANTING EXTENSION
OF TIME TO FILE REPLY MEMORANDUM

Good cause appearing, and the parties having stipulated, this court grants petitioner a 4 day extension of time to file his reply memorandum, presently due on Friday, May 26, 2006. Petitioner is granted an extension of time to and including Tuesday, May 30, 2006.

May 31, 2006

/s/   **CRAIG M. KELLISON**

Craig M. Kellison
UNITED STATES
MAGISTRATE JUDGE

1

Proposed Order Granting Extension of Time to File Reply Memorandum