1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JEFFREY SCOTT BOWMAN,

11              Petitioner,                 No. CIV S-06-0314 FCD CMK P

12        vs.

13    JOSEPH S. WARCHOL, II,

14              Respondent.              <u>ORDER</u>

15    _____/

16        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

17    this court's December 11, 2007 denial of his application for a writ of habeas corpus.  Before

18    petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c);

19    Fed. R. App. P. 22(b).

20        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

21    applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

22    § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues

23    satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

24        A certificate of appealability should be granted for any issue that petitioner can

25    demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

26    court, or is "'adequate to deserve encouragement to proceed further.'"  <u>Jennings v. Woodford</u>,

1

1    290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

2            Petitioner has made a substantial showing of the denial of a constitutional right in

3    the following issue presented in the instant petition: whether petitioner was denied due process

4    because he was unable prepare a motion for a new trial based on newly discovered evidence of

5    false allegations of sexual abuse against others made by the victim.

6            Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is

7    issued in the present action.

8    DATED: January 25, 2007.

9

10                                          FRANK C. DAMRELL, JR.

                                            UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

---

25        [1]  Except for the requirement that appealable issues be specifically identified, the
standard for issuance of a certificate of appealability is the same as the standard that applied to
26    issuance of a certificate of probable cause.  <u>Jennings</u>, at 1010.